UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC., <br>            Plaintiff, <br> v. <br> VOIP-PAL.COM, INC., <br>            Defendant. | Case No. 5:21-cv-09773-EJD <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Lucy H. Koh for consideration of whether the case is related to Case No. 5:21-cv-02769-LHK.

**IT IS SO ORDERED.**

Dated: January 5, 2022

EDWARD J. DAVILA
United States District Judge